# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# THOMASVILLE DIVISION

**GLORIA J. COLEMAN,** :
:
   Plaintiff, :
:
v. : Civil Action No. 6:06-cv-14 (HL)
:
**BRANCH BANKING & TRUST CO.** :
**d/b/a BB&T, et al.,** :
:
   Defendants. :
_____

## ORDER

Plaintiff, Gloria J. Coleman, submitted a document which was filed by the Clerk as a "Request" [doc 6]. The document purports to be an Order, signed by the Court, permitting Plaintiff to remain in her residence until further notice of the Court. In the interest of clarity, the Court wants it to be known that the document is not an Order from this Court. Moreover, no Order will issue from this Court concerning Coleman's right to remain in the residence until a proper motion is filed, along with a brief in support of the motion.

Coleman, who is proceeding *pro se*, was allowed to proceed *in forma pauperis*. She was directed to amend her complaint, which she has done. In the course of amending her complaint, Coleman requested additional time "to allow Mr. Patterson" to prepare the amendment on her behalf. (Mot. Ext. Time to File at 1.) The Court has yet to determine whether Coleman's complaint, as amended, will be allowed to go forward. However, in light

of the suggestion in Coleman's pleadings that she has someone preparing documents on her behalf, the Court finds it necessary to re-examine Coleman's *in forma pauperis* status before allowing this matter to proceed further. Furthermore, the Court has a duty to inquire as to whether the person assisting Coleman in preparing her pleadings is legally authorized to do so.

In view of the foregoing, therefore, Coleman is hereby directed to appear at the Federal Courthouse, 475 Mulberry Street, Macon, Georgia 31201, on Tuesday, August 15, 2006, at 1:30 p.m. and show cause why her *in forma pauperis* status should not be revoked. Failure to appear as directed will result in dismissal of the complaint.

**SO ORDERED**, this 3rd day of August, 2006.

                                              **s/  Hugh Lawson**
                                              **HUGH LAWSON, JUDGE**

mls