# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# THOMASVILLE DIVISION

| | |
|---|---|
| **GLORIA J. COLEMAN,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 6:06-cv-14 (HL) |
| : | |
| **BRANCH BANKING & TRUST CO.** : | |
| **d/b/a BB&T, et al.,** : | |
| : | |
| Defendants. : | |

## ORDER

At a status conference held on August 15, 2006, Plaintiff, Gloria J. Coleman, was given 30 days to obtain the services of an attorney. Plaintiff was directed to notify the Court at the expiration of the 30-day period as to what progress was made in her efforts to obtain an attorney. The 30-day period has passed and Plaintiff has not contacted the Court.

Plaintiff acknowledged at the status conference that her complaint was drafted by someone named James Patterson and that she had little input concerning the contents of the complaint. She further acknowledged that she would have great difficulty in prosecuting this matter without the services of an attorney. Plaintiff is entitled to proceed in the prosecution of her case without the services of an attorney and her failure to obtain an attorney will not result in dismissal of her case. *See* 28 U.S.C. § 1654 (permitting parties to "plead and conduct their own cases personally or by counsel"). However, at the status conference Plaintiff expressed some doubt about her willingness to continue to prosecute the case, if she

was unable to obtain the services of an attorney. Therefore, the Court needs to hear from Plaintiff in order to know what her intentions are in this case.

In view of the foregoing, therefore, Plaintiff is directed to notify the Court, in writing, concerning her efforts to find a lawyer. If Plaintiff has been unable to secure the services of a lawyer, she must, nevertheless, advise the Court as to whether she wishes to continue to prosecute this case. Plaintiff must file her notification not later than the close of business on Friday, October 27, 2006. Failure to respond as directed will result in dismissal of the complaint.

**SO ORDERED**, this 16th day of October, 2006.

                                            **s/     Hugh Lawson**
                                            **HUGH LAWSON, JUDGE**

mls